GOODING, Appellant, vs. HENDRICKS and another, Respondents.

For the appellant: *Lynn D. Jaseph* of Green Bay.
For the respondents: *Everson, Ryan & Hanaway* of Green Bay.
*By the Court.*—Judgment affirmed.